AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LUCERO, CARLOS F. | US COURT OF APPEALS - 10TH CIR | 09/17/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTICLE III JUDGE-ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

1823 STOUT STREET
DENVER, CO 80257

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Director | Carlos F. Lucero, Professional Corporation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Monthly | Carlos F. Lucero, P.C. - Annuity payments received for prior services performed for former clients | $22,299.60 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The University of North Carolina Law School | February 3, 2017 - February 5, 2017 | Chapel Hill, NC | Non-FJC Educational Seminar | Transportation, food and lodging |
| 2. | The University of Tennessee Law School | October 18 - 20, 2017 | Knoxville, TN | Non-FJC Educational Seminar | Transportation, food and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Estate of Maria Medina | Installment note to purchase 1/2 interest in 160 acres, Rio Arriba County, New Mexico | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F. | 09/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commercial Building, Alamosa County, CO | | None | K | W | | | | | |
| 2. Apartments, Alamosa County, CO | E | Rent | K | W | | | | | |
| 3. 1/4 Section Farm Land; Conejos County, CO | A | Rent | K | W | | | | | |
| 4. Vacant Land, Conejos County Co | | None | J | W | | | | | |
| 5. 1/2 Interest in 160 Acres Rio Arriba County, NM (See Note 1) | | None | M | W | | | | | |
| 6. 36 Acre Vacant Lot, Jefferson County, CO | | None | K | W | | | | | |
| 7. Los Hermanos Luceros, Ltd Partnership (14% Interest) (See Note 2) | | None | M | U | | | | | |
| 8. Carlos F. Lucero, PC (100% Stock) (See Note 3) | | None | J | U | | | | | |
| 9. LCM, Inc TD Ameritrade Brokerage Account (H) (See Note 4) | | | | | | | | | |
| 10. - TD Ameritrade IDA Interest Money Market | A | Interest | J | T | | | | | |
| 11. - IShares TIPS Bond ETF (TIP) (See Note 4) | B | Dividend | L | T | | | | | |
| 12. - Payden Low Duration Fund (PYSBX) (See Note 4) | A | Dividend | J | T | | | | | |
| 13. - Pimco Low Duration Fd (PLDDX) (See Note 4) | A | Dividend | J | T | | | | | |
| 14. - T Rowe Price Short Term Bond (PRWBX) (See Note 4) | A | Dividend | J | T | | | | | |
| 15. TD Ameritrade IRA Brokerage Account (H) | | | | | | | | | |
| 16. - SPDR Dow Jones Industrial Ave ETF Trust (DIA) | A | Dividend | K | T | | | | | |
| 17. - SPDR Tr S&P500 ETF Tr (SPY) | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F. | 09/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Vanguard Funds Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | |
| 19.  - Mathews Fds Pacific Tiger (MAPTX) | A | Dividend | L | T | | | | | |
| 20.  - PIMCO Real Return Fd (PRRDX) | A | Dividend | K | T | | | | | |
| 21.  - IShares Core S&P Small-Cap ETF (IJR) | B | Dividend | L | T | | | | | |
| 22.  - TD Ameritrade Insrd Dep Account (Note 4) | A | Interest | K | T | | | | | |
| 23.  TD Ameritrade Brokerage Account (H) | | | | | | | | | |
| 24.  - TD Ameritrade Insrd Dep Account (Note 5) | A | Interest | J | T | | | | | |
| 25.  Charles Schwab Brokerage Account (H) | | | | | | | | | |
| 26.  - Schwab Deposit Account Money Market | A | Interest | J | T | | | | | |
| 27.  Equitable Life Assurance Society - Fixed Annuity | D | Dividend | M | W | | | | | |
| 28.  Safeco Life Insurance Company - Fixed Annuity | D | Dividend | M | W | | | | | |
| 29.  Colorado Bondshares | D | Dividend | N | T | | | | | |
| 30.  TD Ameritrade IRA Rollover (H) | | | | | | | | | |
| 31.  - ALPS Brown Capital Small Company I Fd (Note 6) | B | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 32. | | | | | Sold (part) | 06/20/17 | J | A | |
| 33.  - AQR Managed Futures Strategy R6 (Note 7) | A | Dividend | J | T | | | | | |
| 34.  - Artisan Mid Cap Value Fund Advisor (Note 8) | A | Dividend | J | T | Sold (part) | 03/28/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F. | 09/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Blackrock Total Return (MPHQX) | A | Dividend | J | T | Buy (add'l) | 03/28/17 | J | A | |
| 36.   - Bridgeway FD Inc Blue-Chip 35 Index Fd (BRLIX) | A | Dividend | K | T | | | | | |
| 37.   - Buffalo Fds Mid Cap Fd (BUFMX) | A | Dividend | | | Buy (add'l) | 03/28/17 | J | | |
| 38. | | | | | Sold | 09/27/17 | J | A | |
| 39.   - Dodge and Cox Funds Intl STK FD (DODFX) | A | Dividend | J | T | Buy (add'l) | 06/20/17 | J | | |
| 40. | | | | | Sold (part) | 08/11/17 | J | A | |
| 41. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 42.   - Dodge and Cox Funds Stock Fund (DODGX) | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 43. | | | | | Sold (part) | 08/11/17 | J | A | |
| 44. | | | | | Sold (part) | 09/27/17 | J | A | |
| 45.   - Metropolitan West Total Return Bd (MWTSX) | A | Dividend | J | T | | | | | |
| 46.   - Northern Fds Small Cap Fd (NOSGX) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 47.   - T Rowe Price High Yield (PRHYX) | | | | | Sold | 01/06/17 | J | A | |
| 48.   - T Rowe Price Emerging Mkts Stock (PRMSX) | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 49. | | | | | Sold (part) | 06/20/17 | J | A | |
| 50. | | | | | Sold (part) | 08/11/17 | J | A | |
| 51. | | | | | Sold (part) | 09/27/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F. | 09/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - T Rowe Price Blue Chip Growth Fund (TRBCX) | A | Dividend | J | T | Buy (add'l) | 03/28/17 | J | | |
| 53. | | | | | Sold (part) | 06/20/17 | J | A | |
| 54. | | | | | Sold (part) | 08/11/17 | J | A | |
| 55. - T Rowe Price Equity Income (REIPX) | A | Dividend | J | T | Sold (part) | 03/28/17 | J | A | |
| 56. | | | | | Sold (part) | 08/11/17 | J | A | |
| 57. | | | | | Sold (part) | 09/27/17 | J | A | |
| 58. - Templeton Global Bond Advisor (TGBAX) | A | Dividend | J | T | | | | | |
| 59. - Thornburg International Value Inst (TGVIX) | | None | | | Sold | 01/06/17 | J | A | |
| 60. - Primecap Odyssey Stock Fd (POSKX) | A | Dividend | J | T | | | | | |
| 61. - Advisors Inner Circle II Champlain Mid Cap Instl Fd | A | Dividend | J | T | Buy | 09/27/17 | J | | |
| 62. - Oppenheimer Intl Growth I | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 63. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 64. - T Rowe Price Instl Floating Rate | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 65. - TCW Funds Emerging Markets | | None | | | Buy | 01/06/17 | J | | |
| 66. | | | | | Sold | 06/20/17 | J | | |
| 67. - Vanguard Treasury Money Market Fund | A | Dividend | J | T | Buy | 08/14/17 | J | | |
| 68. | | | | | Sold (part) | 08/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F. | 09/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DSL Real Estate | A | Dividend | J | U | | | | | |
| 70. 1st SouthWest Bank cash account | | None | J | T | | | | | |
| 71. Residential Rental Property #1, Los Angeles, CA | E | Rent | O | W | | | | | |
| 72. Residential Rental Property #2, Los Angeles, CA | E | Rent | O | W | | | | | |
| 73. Residential Rental Property #3, Los Angeles, CA | E | Rent | O | W | | | | | |
| 74. Residential Rental Property (Triplex), Los Angeles, CA | F | Rent | O | W | | | | | |
| 75. Chase Bank Savings Account | B | Interest | O | T | | | | | |
| 76. Marine Clerks Association Life Insurance (Y) | | | | | | | | | |
| 77. Wells Fargo Certificates of Deposit | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Line 5 - Land was purchased on January 1, 2003 for $50,174 from the estate of Maria Medina, property is subject to mortgage (part VI, Line 1).

2) Line 7 - Assets over $10,000 value consist of family ranch, land, water rights, equipment, livestock and related property help in partnership with family members.

3) Line 8 - Assets over $10,000 value consist of law partnership income earned prior to June 30, 1995 in the form of annuities. For tax purposes, annuity income is reported by CFL, P.C. I own 100% of the stock of "Carlos F. Lucero, PC" however the assets of this corporation include only a bank account for which the value and income amounts are less than the required reporting amounts. This corporation does receive income in the form of an annuity and is reported in Part III.

4) Line 22 - TD Ameritrade Insrd Dep Account was formerly known as TD Ameritrade Interest Money Market Fund

5) Line 24 - TD Ameritrade Insrd Dep Account was formerly known as TD Ameritrade Interest Money Market Fund

6) Line 31 - ALPS Brown Capital Small Company I Fd was formerly known as ALPS Brown Capital Small Company (BCSSX)

7) Line 33 - AQR Managed Futures Strategy R6 was formerly known as AQR Managed Futures Strategy (AQMRX)

8) Line 34 - Artisan Mid Cap Value Fund Advisor was formerly known as Artisan Mid Cap Value Advisor (APDQX)

9) This report was prepared on my behalf by my accountant.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ CARLOS F. LUCERO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544